IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD THOMAS DROST,<br><br>Defendant. | CR-07-79-GF-BMM<br><br>ORDER |

     United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 2, 2021. (Doc. 54.)

     When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

     Judge Johnston conducted a revocation hearing on August 31, 2021. (Doc. 52.) The United States accused Drost of violating his conditions of supervised release 1) by failing to comply with the terms of his supervised release on four

separate occasions and 2) by failing to successfully complete his sex offender treatment program.  (Doc. 49.)

At the revocation hearing, Drost admitted to violating the conditions of his supervised release 1) by failing to comply with the terms of his supervised release on four separate occasions and 2) by failing to successfully complete his sex offender treatment program. (Doc.52.)  Judge Johnston found that the violations Drost admitted proved to be serious and warranted revocation, and recommended that Drost receive a custodial sentence of 6 months with a lifetime of supervised release to follow and that Drost resume sex offender treatment immediately upon release from prison.  (Doc. 54.)  Drost was advised of his right to appeal and his right to allocute before the undersigned.   (Doc. 52.)  The violations prove serious and warrant revocation of Montclair's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 54) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Richard Thomas Drost be sentenced to the custody of the United States Bureau of Prisons for 6 months, with a lifetime of supervised release to follow. Drost will resume sex offender treatment upon his release from prison.

DATED this 17th day of September, 2021.

_____
Brian Morris, Chief District Judge
United States District Court